FORM 8A. Entry of Appearance  Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-1018

**Short Case Caption:** Boeing Company v. US

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| The Boeing Company | | |
|---|---|---|
| **Principal Counsel:** Scott M. McCaleb | | Admission Date: 07/08/1997 |
| Firm/Agency/Org.: Wiley Rein LLP | | |
| Address: 2050 M Street NW, Washington, DC 20036 | | |
| Phone: 202.719.3193 | | Email: SMcCaleb@wiley.law |
| **Other Counsel:** Gary S. Ward | | Admission Date: 08/29/2014 |
| Firm/Agency/Org.: Wiley Rein LLP | | |
| Address: 2050 M Street NW, Washington, DC 20036 | | |
| Phone: 202.719.7571 | | Email: gsward@wiley.law |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 10/20/22    Signature: /s/ Scott M. McCaleb

Name: Scott M. McCaleb

**FORM 8A. Entry of Appearance**  Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** George E. Petel | Admission Date: 03/02/2020 |
|---|---|
| Firm/Agency/Org.: Wiley Rein LLP | |
| Address: 2050 M Street NW, Washington, DC 20036 | |
| Phone: 202.719.3759 | Email: GPetel@wiley.law |
| **Other Counsel:** Jennifer Eve Retener | Admission Date: 05/09/2022 |
| Firm/Agency/Org.: Wiley Rein LLP | |
| Address: 2050 M Street NW, Washington, DC 20036 | |
| Phone: 202.719.4028 | Email: jretener@wiley.law |
| **Other Counsel:** Jade Totman | Admission Date: 10/19/2022 |
| Firm/Agency/Org.: The Boeing Company | |
| Address: 929 Long Bridge Drive, Arlington, VA 22202 | |
| Phone: 703.465.3039 | Email: jade.c.totman@boeing.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |